UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
SALSABIL CHOWDHURY and SAROWAR AHMED, :
: **ORDER AMENDING CAPTION**
Plaintiffs, :
:
-against- : 21 Civ. 7271 (AKH)
:
:
:
THE CITY OF NEW YORK, et al., :
:
Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       It is hereby ordered that Clerk shall change the caption of the above-captioned matter to reflect the correct spelling of Plaintiff's name by changing the caption from "Chowdbury v. City of New York, et al." to "Chowdhury v. City of New York, et al.".

       SO ORDERED.

Dated:    March 25, 2022          __/s/ Alvin K. Hellerstein____
            New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge