UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
SALSABIL CHOWDHURY and SAROWAR AHMED, :
: **ORDER**
Plaintiffs, :
: 21 Civ. 7271 (AKH)
-against- :
:
:
:
THE CITY OF NEW YORK, et al., :
:
Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to terminate ECF No. 33 and close the case.

       SO ORDERED.

Dated:    May 18, 2022                      __/s/ Alvin K. Hellerstein____
           New York, New York          ALVIN K. HELLERSTEIN
                                                    United States District Judge